**Peter M. Lacy ("Mac") (OSB # 01322)**
Oregon Natural Desert Association
917 SW Oak Street, Suite 408
Portland, OR 97205
(503) 525-0193
lacy@onda.org

**David H. Becker (OSB # 081507)**
Law Office of David H. Becker, LLC
917 SW Oak Street, Suite 409
Portland, OR 97205
(503) 388-9160
davebeckerlaw@gmail.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **OREGON NATURAL DESERT ASS'N,** | Case No. 3:09-cv-369-PK |
| Plaintiff, | |
| v. | **NOTICE OF HARD COPY FILING AND CERTIFICATE OF SERVICE** |
| **KENNY MCDANIEL**, Burns District Manager, BLM, *et al*., | |
| Defendants. | |

Pursuant to LR 100-5, plaintiff Oregon Natural Desert Association ("ONDA") hereby

gives notice of hard copy filing of a CD-R containing the GIS data described by Dr. Craig Miller

in his Fourth Declaration (Dkt # 186). The CD-R will be delivered to the Clerk's Office for filing

with the Judge's Copy of the documents filed in support of ONDA's Renewed Motion to Modify Injunction (Dkt # 184).

Pursuant to LR 100-8(b)(1) undersigned counsel certifies that on this date he sent the GIS data contained on the CD-R to counsel for defendants by email, in accordance with the parties' standing practice for exchanging GIS data. Counsel also will serve a copy of a CD-R containing the GIS data on opposing counsel by U.S. Mail.


DATED this 16th day of August 2012.          Respectfully Submitted,

                                             s/ Peter M. Lacy
                                             _____

                                             Peter M. Lacy
                                             Oregon Natural Desert Association

                                             Of Attorneys for Plaintiff