AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| Oregon Natural Desert Association | ) | |
| | ) | |
| v. | ) | Case No.: 3:09-cv-369-PK |
| Brendan Cain, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___02/13/2018___ against ___Plaintiff___,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,917.99 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ 4,937.99 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service        [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:    /s/ Sean E. Martin

Name of Attorney: Sean E. Martin, Assistant U.S. Attorney

For: _____ Defendants _____    Date: ___02/27/2018___
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____        _____        _____
Clerk of Court                          Deputy Clerk                          Date

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



**Document Efficiency At Work.**
A RICOH COMPANY

IKON Office Solutions ~ Portland, OR
Phone: (503) 225-9066    Fax: (503) 225-1930
Federal ID: 230334400

Page 1 of 1

# INVOICE

| | |
|---|---|
| Invoice # | POR09090025 |
| Invoice Date: | 09/03/2009 |
| Due Date: | 09/13/2009 |
| Terms | Net 10 Days |
| Customer Code: | POR-0018 |
| Natl ID: | 66816 |

BILL TO:
BLM
4735 E.MARGINAL WAY,S.
SEATTLE, WA 98134

Price Using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 69014 | | | SUSAN BAILEY |

Shipped TO:   BLM 333 SW 1ST AVE , PORTLAND, OR, 97204

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0909-0011 | 09/02/2009 | CELLINA BURKE | | | | |
| | | DVD - Master | 1.00 | 30.0000 | | 30.00 |
| | | DVD - Duplication(s) | 6.00 | 15.0000 | | 90.00 |
| | | Technical Services (hr) | 1.00 | 150.0000 | | 150.00 |
| | | Color 11x17 Copies | 151.00 | 1.0000 | | 151.00 |
| | | Color 8.5x11 (Letter) Copies | 770.00 | 0.5000 | | 385.00 |
| | | E-Labels Endorsement | 13,479.00 | 0.0300 | | 404.37 |
| | | Image Conversion (Basic PDF/TIFF per GB) | 0.89 | 600.0000 | | 534.00 |
| | | OCR | 13,479.00 | 0.0400 | | 539.16 |
| | | Prints w/o Assembly | 12,555.00 | 0.0600 | | 753.30 |
| | | | | | Sales Order Total: | 3,036.83 |

| Shipment Totals: | Taxable Sales: | 0.00 | | | | |
|---|---|---|---|---|---|---|
| | Sales Tax: | 0.00 | Postage: | 0.00 | | |
| | Non-Taxable: | 3,036.83 | Delivery: | 0.00 | Total Shipment: | 3,036.83 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| Taxable Sales: | 0.00 |
|---|---|
| Sales Tax: | 0.00 |
| Non-Taxable: | 3,036.83 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| PAY THIS AMOUNT  $ | 3,036.83 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _Shelly York_          Date: 9-8-09

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
BLM
4735 E.MARGINAL WAY,S.
SEATTLE, WA 98134

**Amount Enclosed**

$

Please Remit To:
IKON Office Solutions
LDS Western District - POR
P O Box 31001-0743
Pasadena, CA 91110-0743

Invoice: POR09090025
Invoice Date: 09/03/2009
Due Date: 09/13/2009
Customer Code: POR-0018
Natl ID: 66816

PAY THIS
AMOUNT  $  3,036.83



# DTI Portland

921 SW Washington St.
Suite 850
Portland, OR 97205
Phone : 503-265-0700
Fax : 503-796-0882
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 850644

Invoice Date: 01/16/15

**Bill To:**
Bureau of Land Management
333 SW 1st Avenue
Portland, OR 97204
Mike Kinsey

**Ship To:**
Bureau of Land Management
333 SW 1st Avenue
Portland, OR 97204

| | | | |
|---|---|---|---|
| Customer ID | 30921 | Job No. | HM 20141212-1706 |
| Terms | Net 30 Days | ESI Project No. | 4036 |
| Sales Rep | POR HXM | Client / Matter No. | |
| Sales Rep 2 | | | |
| P.O. Number | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 3 | Tech Time | 33.36 | 100.08 |
| | 3 hrs to load images and OCR, process in list order to searchable PDF files, resize PDF files to fit onto a DVD | | |
| 5.95 | TIFF Conversion (GB) | 200.14 | 1,190.83 |
| 22,350 | Electronic Numbering | 0.01 | 223.50 |
| | Range: RAT00001-22350 | | |
| 9 | DVD Creation | 13.34 | 120.06 |
| | Volume: STEENS_R_AR_01 | | |
| 327 | BW Scans | 0.16 | 52.32 |
| 7 | Scanning - Color | 0.65 | 4.55 |
| 5.9 | Coding - Technical Time (hr) | 33.36 | 196.82 |

Per DTI Portland's data retention policy, all projects are stored on our server for 90 days at no cost. After 90 days all data is permanently deleted, unless arrangements are made to continue storing data for an annual non-refundable fee. To have data stored on the server for a fee initial here: _____

| | |
|---|---|
| Subtotal: | 1,888.16 |
| Total Sales Tax: | 0.00 |
| Total: | 1,888.16 |

Accepted By: _____

.t To: DTI
PO Box 204010
Dallas, TX 75320-4010