**Dominic M. Carollo,** OSB No. 093057
Email: dcarollo@yockimlaw.com
Yockim Carollo LLP
430 S.E. Main Street
P.O. Box 2456
Roseburg, Oregon 97470
Phone: (541) 957-5900
Fax: (541) 957-5923

Of attorneys for Harney County

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **OREGON NATURAL DESERT ASS'N**,<br><br>    Plaintiff,<br><br>  v.<br><br>**JEFF ROSE**, Burns District Manager, BLM, *et al*.,<br><br>    Defendants,<br><br>  and<br><br>**HARNEY COUNTY**,<br><br>    Defendant-Intervenor-<br>    Cross-Claimant. | Case No. 3:09-cv-369-PK<br><br>**NOTICE OF CROSS-APPEAL** |

   Notice is hereby given that Harney County, Defendant-Intervenor and Cross-Claimant in the above-captioned case, hereby cross-appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Opinion and Order (ECF # 329), and Judgment (ECF #

Page 1 – NOTICE OF CROSS-APPEAL

330), both dated February 13, 2018, as well as any or all issues or rulings adverse to Harney County that are antecedent to or subsumed within these judicial determinations in the above-captioned action.

Dated this 12th day of April, 2018.

                                                        **YOCKIM CAROLLO LLP**

                                                        s/ Dominic M. Carollo
                                                        **Dominic M. Carollo,** OSB No. 093057
                                                        dcarollo@yockimlaw.com

                                                        Of attorneys for Harney County

Page 2 – NOTICE OF CROSS-APPEAL

## REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2, Harney County submits this Representation Statement to be attached to the Notice of Appeal.

<u>Plaintiff is represented by:</u>

**Peter M. ("Mac") Lacy (OSB # 013223)**
Oregon Natural Desert Association
917 SW Oak Street, Suite 419
Portland, OR 97205
(503) 525-0193
lacy@onda.org

**Thomas C. Buchele (OSB # 081560)**
Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland OR 97219
(503) 768-6736
tbuchele@lclark.edu

**David H. Becker (OSB # 081507)**
Law Office of David H. Becker, LLC
833 SE Main Street #302
Portland, OR 97214
(503) 388-9160
davebeckerlaw@gmail.com

<u>Federal Defendants are represented by:</u>

**Billy J. Williams (OSB # 901366)**
United States Attorney
District of Oregon
**Sean E. Martin (OSB # 054338)**
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1010
sean.martin@usdoj.gov

**Bradley Grenham (OSB # 954988)**
Office of the Regional Solicitor
U.S. Department of the Interior
805 SW Broadway St., Ste. 600
Portland, OR 97205
(503) 231-6826
Brad.grenham@sol.doi.gov

**Kelly A. Zusman (OSB # 891843)**
United States Attorney's Office
1000 SW Third Ave., Ste. 600
Portland, OR  97204
(503) 727-1009
Kelly.zusman@usdoj.gov

Defendant-Intervenor-Cross-Claimant is represented by:

**Dominic M. Carollo, (OSB # 093057)**
Yockim Carollo LLP
430 S.E. Main Street
P.O. Box 2456
Roseburg, Oregon 97470
(541) 957-5900
dcarollo@yockimlaw.com

Page 4 – NOTICE OF CROSS-APPEAL

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I served the foregoing **NOTICE OF CROSS APPEAL** through the Court's Electronic Case Filing system, which automatically serves all counsel of record registered with the district court for this case.

**YOCKIM CAROLLO LLP**

s/ Dominic M. Carollo
**Dominic M. Carollo,** OSB No. 093057
dcarollo@yockimlaw.com

Of attorneys for Harney County
