**Peter M. ("Mac") Lacy (OSB # 013223)**
Oregon Natural Desert Association
917 SW Oak Street, Suite 419
Portland, OR 97205
(503) 525-0193
lacy@onda.org

**Thomas C. Buchele (OSB # 081560)**
Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland OR  97219
(503) 768-6736
tbuchele@lclark.edu

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **OREGON NATURAL DESERT ASSOCIATION,** | No. 3:09-cv-369-PK |
| Plaintiff, | |
| v. | **AMENDED NOTICE OF APPEAL** |
| **JEFF ROSE,**[1] Burns District Manager, BLM, *et al*., | |
| Defendants, and | |
| **HARNEY COUNTY**, | |
| Defendant-Intervenor- | |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Jeff Rose is substituted for Brendan Cain as District Manager for the Bureau of Land Management's Burns District.

Cross Claimant.

_____

Notice is hereby given that the Oregon Natural Desert Association, plaintiff in the above-captioned case, hereby amends its Notice of Appeal (ECF # 340) to the United States Court of Appeals for the Ninth Circuit, filed April 2, 2018, to include the District Court's Order dated May 30, 2018 (Dkt # 348), in addition to the District Court's Opinion and Order (ECF # 329), and Judgment (ECF # 330), both dated February 13, 2018, as well as any or all issues or rulings adverse to plaintiff that are antecedent to or subsumed within these judicial determinations in the above-captioned action.

DATED this 25th day of July, 2018.                     Respectfully submitted,

                                                                                             s/ Peter M. Lacy

                                                                                             _____

                                                                                             Peter M. Lacy
                                                                                             Oregon Natural Desert Association

                                                                                             Of Attorneys for Plaintiff

## REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2, all parties and their respective counsel are as follows.

Plaintiff is represented by:

**Peter M. ("Mac") Lacy (OSB # 013223)**
Oregon Natural Desert Association
917 SW Oak Street, Suite 419
Portland, OR 97205
(503) 525-0193
lacy@onda.org

**Thomas C. Buchele (OSB # 081560)**
Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland OR 97219
(503) 768-6736
tbuchele@lclark.edu

**David H. Becker (OSB # 081507)**
Law Office of David H. Becker, LLC
833 SE Main Street #302
Portland, OR 97214
(503) 388-9160
davebeckerlaw@gmail.com

Federal Defendants are represented by:

**Billy J. Williams (OSB # 901366)**
United States Attorney
District of Oregon
**Kelly A. Zusman**, Appellate Chief
**Sean E. Martin (OSB # 054338)**
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204
Telephone: (503) 727-1010
sean.martin@usdoj.gov

Defendant-Intervenor-Cross-Claimant is represented by:

**Dominic M. Carollo,** OSB No. 093057
Email: dcarollo@yockimlaw.com
Yockim Carollo LLP
430 S.E. Main Street

P.O. Box 2456
Roseburg, Oregon 97470
Phone: (541) 957-5900
Fax: (541) 957-5923