UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OREGON NATURAL DESERT ASSOCIATION,<br><br>　　　　Plaintiff-Appellant/<br>　　　　Cross-Appellee,<br><br>　v.<br><br>JEFF ROSE, Burns District Manager, BLM, et al.,<br><br>　　　　Defendants-Appellees,<br><br>　and<br><br>HARNEY COUNTY,<br><br>　　　　Intervenor-Defendant-<br>　　　　Appellee/Cross-Appellant. | Nos. 18-35258<br>　　　18-35282<br><br>D.C. No. 3:09-cv-00369-PK<br>District of Oregon,<br>Portland<br><br><br>ORDER |

Before: GRABER and BERZON, Circuit Judges, and ROBRENO,[*] District Judge.

The parties joint status report, Docket Entry No. 79, requesting that a further joint status report be set for February 14, 2020, is GRANTED.

---

　　　[*]　　The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.