**Peter M. ("Mac") Lacy (OSB # 013223)**
Oregon Natural Desert Association
2009 NE Alberta St., Suite 207
Portland, OR 97211
(503) 525-0193
lacy@onda.org

**Thomas C. Buchele (OSB # 081560)**
Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland OR  97219
(503) 768-6736
tbuchele@lclark.edu

**David H. Becker (OSB # 081507)**
Law Office of David H. Becker, LLC
4110 SE Hawthorne Blvd. # 168
Portland, OR 97214
(503) 388-9160
davebeckerlaw@gmail.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **OREGON NATURAL DESERT ASSOCIATION,** | |
| Plaintiff, | No. 3:09-cv-369-JR |
| v. | **NOTICE OF APPEAL** |
| **JEFF ROSE**, Burns District Manager, BLM, *et al*., | |
| Defendants, and | |

**HARNEY COUNTY**,

                Defendant-Intervenor-
                Cross Claimant.

_____

      Notice is hereby given that the Oregon Natural Desert Association, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Opinion and Order [401] dated July 8, 2020, as well as any or all issues or rulings adverse to plaintiff that are antecedent to or subsumed within this judicial determination in the above-captioned action.

DATED this 16th day of July, 2020.          Respectfully submitted,

                                                    s/ Peter M. Lacy
                                                    _____

                                                    Peter M. Lacy
                                                    Oregon Natural Desert Association

                                                    Of Attorneys for Plaintiff

## **REPRESENTATION STATEMENT**

Pursuant to Ninth Circuit Rule 3-2, plaintiff submits this Representation Statement to be attached to the Notice of Appeal.

Plaintiff is represented by:

**Peter M. ("Mac") Lacy (OSB # 013223)**
Oregon Natural Desert Association
917 SW Oak Street, Suite 419
Portland, OR 97205
(503) 525-0193
lacy@onda.org

**Thomas C. Buchele (OSB # 081560)**
Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland OR  97219
(503) 768-6736
tbuchele@lclark.edu

**David H. Becker (OSB # 081507)**
Law Office of David H. Becker, LLC
4110 SE Hawthorne Blvd. # 168
Portland, OR 97214
(503) 388-9160
davebeckerlaw@gmail.com

Federal Defendants are represented by:

**Billy J. Williams (OSB # 901366)**
United States Attorney
District of Oregon
**Sean E. Martin (OSB # 054338)**
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204
Telephone: (503) 727-1010
sean.martin@usdoj.gov

Defendant-Intervenor-Cross-Claimant is represented by:

**Dominic M. Carollo,** OSB No. 093057
Email: dcarollo@yockimlaw.com
**Ronald S. Yockim**, OSB No. 814304
Email: ryockim@yockimlaw.com

Yockim Carollo LLP
430 S.E. Main Street
P.O. Box 2456
Roseburg, Oregon 97470
Phone: (541) 957-5900
Fax: (541) 957-5923