UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 24 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OREGON NATURAL DESERT ASSOCIATION,  Plaintiff-Appellant,  v.  JEFF ROSE, Burns District Manager, BLM; et al.,  Defendants-Appellees,  HARNEY COUNTY,  Intervenor-Defendant-Appellee. | No. 20-35641  D.C. No. 3:09-cv-00369-JR District of Oregon, Portland  ORDER |

Before: GRABER and BERZON, Circuit Judges, and ROBRENO,[*] District Judge.

Appellant's motion to withdraw its pending application for fees and costs filed pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 et seq. (Docket Entry No. 43) is granted.

The court will take no further action on appellant's application for EAJA fees (Docket Entry No. 41).

---

[*] The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.